NATIONAL SITES CORPORATION v.
BURGER KING CORPORATION.

June 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL R. PETRASEK.

June 13, 1973. Petition for certification denied.

JOHN F. VAN WYCK v. CHARLES NOREIKA.

June 13, 1973. Petition for certification denied.

JOAN CUMMINGS v. ACME MARKETS, INC. v.
SPECIALTY MAINTENANCE COMPANY.

June 13, 1973. Petition for certification denied.

CITY OF NEWARK v. DIRECTOR, DIVISION OF TAXATION.

June 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD GRAVES.

June 13, 1973. Petition for certification denied.